United States District Court
Southern District of Texas
**ENTERED**
January 25, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BRUCE SANCHEZ LOPEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00299 |
| | § | |
| MG BUILDING MATERIAL, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM AND RECOMMENDATION

On November 16, 2023, the undersigned ordered Plaintiff Bruce Sanchez Lopez, proceeding *pro se* and *in forma pauperis*, to complete a questionnaire to clarify the allegations in his complaint and the background to his claims. (D.E. 6). Sanchez was required to submit the completed questionnaire by December 8, 2023. (*Id.* at 1). He was warned that failure to comply with the order may result in his case being dismissed for want of prosecution. (*Id.*).

Having received no response, the undersigned subsequently issued an order to show cause on January 3, 2024, ordering Lopez to show cause within 20 days why his lawsuit should not be dismissed for want of prosecution because he failed to comply with the order. (D.E. 7 at 1). Lopez was warned that failure to comply with the order would result in the dismissal of his lawsuit under Federal Rule of Civil Procedure 41. (*Id.*).

The deadline to respond has passed and Lopez has not submitted a completed questionnaire or otherwise responded to the order. Under Rule 41(b), a district court may

dismiss an action *sua sponte* if the plaintiff fails to comply with a court order. *Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440 (5th Cir. 2016); Fed. R. Civ. P. 41(b). Accordingly, it is recommended that this case be dismissed without prejudice for want of prosecution under Fed. R. Civ. P. 41(b).

    Respectfully submitted on January 25, 2024.

                                          _____
                                          Julie K. Hampton
                                          United States Magistrate Judge

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel.  Within FOURTEEN (14) DAYS after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court.  *Douglass v. United* Servs. *Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996)(en banc).